**THE HONORABLE JUDGE JOHN C COUGHENOUR**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **THE JORGENSEN FORGE CORPORATION,** | ) |
| | ) No. 2:13-cv-01458-JCC |
| **Plaintiff,** | ) |
| v. | ) **PLAINTIFF JORGENSEN FORGE** |
| | ) **CORPORATION'S CORPORATE** |
| **ILLINOIS UNION INSURANCE COMPANY,** | ) **DISCLOSURE STATEMENT** |
| **Defendant.** | ) |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff The Jorgensen Forge Corporation states that 100% of its shares are owned by JFC Holding Corporation. It further states that neither corporation is publicly traded.

DATED: August 23, 2013            Respectfully submitted,

By: _____/s/_____

Valerie Lee, Esq., WSBA # 23548
LEE & ASSOCIATES, ATTORNEYS AT LAW
5505 34th Avenue, N.E., Suite A
Seattle, WA  98105
(206) 525-1640 (Phone)
(206) 525-0809 (Fax)
Valerie.Lee@attorneyslee.com

*Counsel for Plaintiff The Jorgensen Forge Corporation*