1      THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
9                                      AT SEATTLE

10    THE JORGENSEN FORGE CORPORATION,
                                                     Case No.: 2:13-cv-01458-JCC
11              Plaintiff,

12         v.                                        CORPORATE DISCLOSURE ON
                                                     BEHALF OF DEFENDANT ILLINOIS
13    ILLINOIS UNION INSURANCE COMPANY,              UNION INSURANCE COMPANY

14              Defendant.

15

16         Pursuant to Fed. R. Civ. P. 7.1, the nongovernmental party Defendant Illinois Union

17    Insurance Company states it is an Illinois corporation and a 100% wholly owned subsidiary of

18    Pacific Employers Insurance Company, a Pennsylvania corporation.  Pacific Employers

19    Insurance Company is a 100% wholly owned subsidiary of ACE American Insurance

20    Company, a Pennsylvania corporation.  ACE American Insurance Company is a 100% wholly

21    owned subsidiary of INA Holdings Corporation, a Delaware corporation.  INA Holdings

22    Corporation is a 100% wholly owned subsidiary of INA Financial Corporation, a Delaware

23    corporation. INA Financial Corporation is a 100% wholly owned subsidiary of INA

24    Corporation, a Pennsylvania corporation.  INA Corporation is a 100% wholly owned

25    subsidiary of ACE INA Holdings, Inc., a Delaware corporation.  ACE INA Holdings, Inc. is

26    80% owned by ACE Group Holdings, Inc., a Delaware corporation, and 20% owned directly

CORPORATE DISCLOSURE ON BEHALF OF
DEFENDANT ILLINOIS UNION INS. CO.  1
Cause No. 2:13-cv-01458-JCC

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

LEGAL\18147905\1 00011.0018.000/341122.000

1    by ACE Limited.  ACE Group Holdings, Inc. is a 100% wholly owned subsidiary of ACE

2    Limited.  No publicly held entity owns Illinois Union Insurance Company stock, but its

3    ultimate parent ACE Limited is publicly held, trading on the New York Stock Exchange

4    under the ticker symbol "ACE."

5        DATED this 3rd day of February, 2014.

6                                COZEN O'CONNOR

7

8                           By:    */s/ Megan K. Kirk*
                                       Thomas M. Jones, WSBA No. 13141

9                                        Megan K. Kirk, WSBA No. 32893

10

11                                COZEN O'CONNOR

12                                1201 Third Avenue, Suite 5200
                               Seattle, Washington  98101
                               Telephone: 206.340.1000

13                                Toll Free Phone: 800.423.1950
                               Facsimile: 206.621.8783

14                                Attorneys for Defendant
                               Illinois Union Insurance Company

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE ON BEHALF OF
DEFENDANT ILLINOIS UNION INS. CO.  2
Cause No. 2:13-cv-01458-JCC

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

LEGAL\18147905\1 00011.0018.000/341122.000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I electronically filed the foregoing

*Corporate Disclosure on Behalf of Defendant Illinois Union Insurance Company* with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

Bradley M. Marten, WSBA No. 13582
Jeffrey B. Kray, WSBA No. 22174
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, WA 98101

Telephone : 206.292.2600
Facsimile : 206.292.2601
Email : bmarten@martenlaw.com
jkray@martenlaw.com

*Attorneys for Plaintiff*

SIGNED AND DATED this 3rd day of February, 2014 at Seattle, Washington.

COZEN O'CONNOR

By:    */s/ Dava Bowzer*
Dava Bowzer, Legal Assistant

COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
e-mail: dbowzer@cozen.com

CORPORATE DISCLOSURE ON BEHALF OF
DEFENDANT ILLINOIS UNION INS. CO.  3
Cause No. 2:13-cv-01458-JCC

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

LEGAL\18147905\1 00011.0018.000/341122.000