THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE JORGENSEN FORGE CORPORATION,

    Plaintiff,

  v.

ILLINOIS UNION INSURANCE COMPANY,

    Defendants.

Case No.: 2:13-CV-01458-BJR

**NOTICE OF SETTLEMENT**

Plaintiff, The Jorgensen Forge Corporation ("JFC"), and Defendant, Illinois Union Insurance Company ("Illinois Union") (collectively "the Parties), hereby give notice that a settlement has been reached between the Parties. By Order dated November 18, 2016, the Bankruptcy Court for the District of Delaware in that action captioned *In re: Constellation Enterprises LLC, et al.*, Case No. 16-11213 (CSS) approved the Settlement Agreement by and among the Debtors[1] and certain insurers, including Illinois Union. A copy of the November 18, 2016 Order and Settlement Agreement are Attached hereto as Exhibit A.

---

[1] The Debtors in the jointly administered Chapter 11 cases include The Jorgensen Forge Corporation.

NOTICE OF SETTLEMENT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\28735868\1

1  DATED: December 2, 2016

2

3  LOWENSTEIN SANDLER LLP                     COZEN O'CONNOR

4
   By:   / s / *David L. Elkind*                By:   / s / *Thomas M. Jones*
5  David L. Elkind, *Admitted Pro Hac Vice*    Thomas M. Jones, WSBA No. 13141
   Email:  DElkind@lowenstein.com              Email: tjones@cozen.com
6  Lowenstein Sandler LLP                      William H. Walsh, WSBA No. 21911
   2200 Pennsylvania Avenue, NW                Email: wwalsh@cozen.com
7  Washington, DC 20037                        Nadia A. Bugaighis, WSBA No. 45492
   Telephone:  202-753-3772                    Email: nbugaighis@cozen.com
8  Fax:  202-753-3838                          999 Third Avenue, Suite 1900
   delkind@lowenstein.com                      Seattle, Washington 98104
9                                              Telephone: 206.340.1000
   Andrew Ardinger, WSBA No. 46035             Toll Free Phone: 800.423.1950
10 Celia M. Jackson, *Admitted Pro Hac Vice*   Facsimile: 206.621.8783
   Orrick Herrington & Sutcliffe, LLP
11 701 5th Avenue, Suite 5600                  *Attorneys for Defendant Illinois Union*
   Seattle, WA 98104                           *Insurance Company*
12 Telephone : 206-839-4300
   Facsimile : 206-839-4301
13 Email: aardinger@orrick.com
   Email: cjackson@orrick.com
14
   *Counsel for Plaintiff The Jorgensen Forge*
15 *Corporation*

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\28735868\1

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David L. Elkind, *Admitted Pro Hac Vice*
Lowenstein Sandler LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-753-3772
Fax:  202-753-3838
delkind@lowenstein.com

Andrew Ardinger, WSBA No. 46035
Celia M. Jackson, *Admitted Pro Hac Vice*
Orrick Herrington & Sutcliffe, LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone : 206-839-4300
Facsimile : 206-839-4301
Email: aardinger@orrick.com
Email: cjackson@orrick.com

SIGNED AND DATED this 2nd day of December, 2016 at Seattle, Washington

COZEN O'CONNOR

By:  *s / Jan M. Young*
Legal Assistant
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Email: JMYoung@cozen.com

NOTICE OF SETTLEMENT - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\28735868\1